# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **JOAQUIN ALVAREZ #1542223** | § | |
| | § | |
| **V.** | § | **W-19-CA-623-ADA** |
| | § | |
| **CHIMDI A. AKWITTI** | § | |

## FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order which granted Defendant's Motion for Summary Judgment, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is hereby **ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE.**

**IT IS FINALLY ORDERED** that the above entitled cause of action is hereby **CLOSED**.

**SIGNED** on February 17, 2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE